JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE FIRM ENTERPRISES, INC., et al., <br><br> Defendants. | Case No. SACV 24-1339-MWF(KESx) <br><br> ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

The Court has considered the parties' Joint Stipulation of Dismissal with Prejudice (the "Stipulation"). (Docket No. 32). For good cause shown, the Stipulation is GRANTED. This action is DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: October 23, 2025

MICHAEL W. FITZGERALD
United States District Judge